# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2019

SEAN F. McAVOY, CLERK

U.S.A. vs.           Manion Jr, Jesse Leon              Docket No.     0980 2:19CR00111-WFN-9

### Petition for Action on Conditions of Pretrial Release

      COMES NOW  Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jesse Leon Manion Jr, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 19th day of July 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #27:** Prohibited Substance Testing:  If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
**Violation #1:** Jesse Leon Manion, Jr. is alleged to have tested positive for amphetamine on or before October 15, 2019, and for having tested positive for methamphetamine on or before November 1, 2019.

On July 22, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Manion.  He acknowledged an understanding of his conditions, which included standard condition number 9.

On October 15, 2019, Mr. Manion reported to Social Treatment Opportunity Programs (STOP) and submitted to urinalysis testing which return presumptive positive for amphetamine.  The defendant was confronted regarding his illegal drug use to which he denied.  On October 25, 2019, the undersigned received a report from Alere Toxicology Services which confirmed the specimen collected on October 15, 2019, was positive for the presences of amphetamine.

On November 1, 2019, Mr. Manion reported to STOP and submitted to urinalysis testing which returned presumptive positive for amphetamine.  The defendant was confronted regarding his illegal drug use to which he again denied. It was not until he was presented with the admission/denial of drug use form that he admitting to having used methamphetamine. According to the counselor at STOP, the defendant agreed to return later this same afternoon to discuss this issue.

**Violation #2:** Jesse Leon Manion, Jr. is alleged to have failed to submit to random urinalysis testing as directed at STOP on October 22, 2019.

On July 22, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Manion.  He acknowledged an understanding of his conditions, which included special condition number 27.  On this same date, Mr. Manion  reviewed and signed the substance abuse testing instructions acknowledging his understanding of the testing program.

Mr. Manion  was instructed to call the STOP color line system for the color brown.  When his color brown is called, he is to report to STOP and submit to a drug screen.  On October 22, 2019, the color brown was called and Mr. Manion failed to report to STOP for urinalysis testing.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

                    I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: November 4, 2019

by    s/Jose Zepeda

Jose Zepeda
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

November 4, 2019

Date