# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2020

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Manion Jr, Jesse Leon | Docket No. | 0980 2:19CR00111-WFN-9 |

**Petition for No Action on Conditions of Pretrial Release**

COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jesse Leon Manion Jr, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 19th day of July 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Jesse Leon Manion, Jr. is alleged to have tested positive for tetrahydrocannabinol (THC) on March 12, 2020.

On July 22, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Manion. He acknowledged an understanding of his conditions, which included standard condition number 9.

On March 12, 2020, Mr. Manion reported on or about March 9, 2020, he woke with a terrible toothache. He stated he tried several over the counter medications but got no relief. Mr. Manion relayed he had not slept for about 3 days due to the toothache. Mr. Manion disclosed, he called a friend who brought over some marijuana and said, "I used a small amount of the drug and I was able to sleep." Mr. Manion stated he recognizes what a poor decision he made and stated "it will not happen again." Mr. Manion scheduled an appointment with a dentist to address his tooth concern.

Mr. Manion's urine sample from March 12, 2020, was confirmed positive for marijuana metabolites on March 16, 2020, through laboratory analysis. Mr. Manion has discussed his lapse in judgement with his substance abuse counselor and they are addressing the marijuana use through individual and group treatment sessions. Mr. Manion's substance abuse counselor confirmed this plan of action.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on: March 30, 2020 |
| | by | s/Stephen Krous |
| | | Stephen Krous
U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

March 30, 2020

Date