✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 30, 2020**

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Manion, Jr, Jesse Leon | Docket No. | 0980 2:19CR00111-WFN-9 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jesse Leon Manion Jr, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 19th day of July 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Jesse Leon Manion, Jr. is consider to be in violation of his pretrial release conditions by testing presumptive positive for amphetamine, methamphetamine and tetrahydrocannabinol (THC) on or before April 21, 2020.

On July 22, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Manion. He acknowledged an understanding of his release conditions, which included standard condition number 9.

On April 21, 2020, Mr. Manion provided a random urine test at Social Treatment Opportunity Programs (STOP) which tested presumptive positive for amphetamine, methamphetamine and THC. The sample was sent for further analysis. On April 25, 2020, Alere Toxicology Services (Alere) determined the specimen to be negative for THC. A subsequent report dated April 28, 2020, from Alere determined the sample was positive for amphetamine and methamphetamine.

**Violation #2:** Jesse Leon Manion, Jr. is consider to be in violation of his pretrial release conditions by having failed to submit to random urinalysis tests as directed at STOP on April 20, 2020.

On July 22, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Manion. He acknowledged an understanding of his conditions, which included special condition number 27. On this same date, Mr. Manion reviewed and signed the substance abuse testing instructions acknowledging his understanding of the testing program.

Mr. Manion was instructed to call the STOP color line system for the color gold. When his color is called, he is to report to STOP and submit to a urinalysis test. On April 15, 2020, his color was called and Mr. Manion failed to report to STOP for urinalysis test. Mr. Manion called this officer on April 16, 2020, to advise he missed his random urine tests on April 15, 2020, at STOP.

PS-8

**Re: Manion Jr., Jesse Leon**
**April 30, 2020**
**Page 2**

On April 16, 2020, Mr. Manion was directed to go to STOP and submit to a urine test on April 20, 2020. Mr. Manion failed to complete the urine test on April 20, 2020, as directed.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     April 30, 2020

by     s/Stephen Krous

Stephen Krous
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

April 30, 2020
Date