# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Manion, Jr., Jesse Leon | Docket No. | 0980 2:19CR00111-WFN-9 |

### Petition for Action on Conditions of Pretrial Release

      COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jesse Leon Manion, Jr. who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 19th day of July 2019, under the following conditions:

**Additional Condition of Release:** Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation and treatment, unless United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #3:** Jesse Leon Manion, Jr. is considered to be in violation of his pretrial release conditions by failing to participate in recommended substance abuse groups and individual treatment sessions at Social Treatment Opportunity Programs (STOP) between March 17 and May 18, 2020.

On July 22, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Manion. He acknowledged an understanding of his conditions, which included the additional condition of release.

Mr. Manion completed a substance abuse assessment on July 23, 2019, at STOP which recommended intensive outpatient program (IOP). He completed this phase of treatment on January 14, 2020, and began attending the aftercare weekly session on January 30, 2020.

On April 21, 2020, this officer spoke with Mr. Manion's substance abuse counselor at STOP who indicated Mr. Manion had not attended the group sessions during the first 2 weeks of April 2020.

This officer spoke with Mr. Manion on April 28, 2020, and he agreed to follow through with the recommended substance abuse treatment at STOP.

On May 18, 2020, Mr. Manion's substance abuse counselor at STOP confirmed Mr. Manion last attended an individual substance abuse session on March 16, 2020. The last substance abuse group session Mr. Manion attended at STOP was on March 17, 2020. Mr. Manion failed to attend his individual and group substance abuse treatment session at STOP between March 17 and May 18, 2020.

Re: Manion, Jr., Jesse Leon
May 20, 2020
Page 2

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: May 20, 2020 |
| by | s/Stephen Krous |
|  | Stephen Krous<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer
John T. Rodgers, Magistrate Judge

Date   5-20-2020