# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2020

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Manion, Jr, Jesse Leon | Docket No. | 0980 2:19CR00111-WFN-9 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jesse Leon Manion, Jr. who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 19th day of July 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Jesse Leon Manion, Jr. is considered to be in violation of his pretrial release conditions by testing presumptive positive for amphetamine and methamphetamine on or before June 8, 2020.

On July 22, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Manion. He acknowledged an understanding of his release conditions, which included standard condition number 9.

On June 8, 2020, Mr. Manion provided a random urine test at Social Treatment Opportunity Programs (STOP) which tested presumptive positive for amphetamine, methamphetamine and tetrahydrocannabinol (THC). Mr Manion signed the Report of Positive Urinalysis or Admission of Use form denying the use of illegal controlled substance.

The sample was sent for further analysis and on June 18, 2020, Alere Toxicology Services (Alere) determined the specimen to be positive for the presence of amphetamine and methamphetamine.

This officer attempted to speak with Mr. Manion on June 24, 2020, by leaving two voice messages on his cellular phone. However, this officer has not heard from Mr. Manion.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:    June 24, 2020 |
| | by | s/Stephen Krous |
| | | Stephen Krous<br>U.S. Pretrial Services Officer |

**Re: Manion Jr., Jesse Leon**
**June 24, 2020**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

    June 30, 2020
_____
Date