FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 21, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No.   2:19-CR-0111-WFN-9 |
|---|---|
| Plaintiff, | |
| -vs- | ORDER DISMISSING INDICTMENT WITH PREJUDICE |
| JESSE LEON MANION, JR., | |
| Defendant. | |

Pending before the Court is the Government's Motion to Dismiss Superseding Indictment. ECF No 740. For good cause shown,

**IT IS ORDERED** that:

1. The Government's Motion to Dismiss Superseding Indictment, filed on September 17, 2020, **ECF No. 740**, is **GRANTED**.

2. The Superseding Indictment is **DISMISSED with prejudice** as to Defendant Manion (9) **ONLY**.

3. The October 27, 2020 sentencing hearing is **STRICKEN**.

The District Court Executive is directed to file this Order and provide copies to counsel **and to** United States Probation Officer Shane Moore.

**DATED** this 21st day of September, 2020.

_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

09-17-20

ORDER